(No. 74-CC-24—

ANNIE DELORES WILLIAMS, Claimant, *vs.* STATE OF ILLINOIS, LEGISLATIVE COMMITTEE ON MINORITY GROUP EMPLOYMENT, Respondent.

*Opinion filed January 14, 1975.*

KLEIMAN, CORNFIELD & FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.